**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1202**

_____

AFSHIN BAHRAMPOUR,

        Plaintiff - Appellant,

    v.

NATIONAL SECURITY AGENCY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:21-cv-02412-GLR)

_____

Submitted:  August 27, 2024                     Decided:  August 29, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Afshin Bahrampour, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Afshin Bahrampour appeals the district court's order granting summary judgment to the National Security Agency in Bahrampour's action filed pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Confining our review to the issues raised in Bahrampour's informal brief, *see* 4th Cir. R. 34(b), we have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bahrampour v. Nat'l Sec. Agency*, No. 1:21-cv-02412-GLR (D. Md. Feb. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*